Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
GERALDINE SOAT BROWN**

| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 06 GJ 0651 | DATE | FEBRUARY 5, 2008 |
| CASE TITLE | US v. LAWRENCE J. SKROBOT, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING
### SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ /s/ Maria Valdez _____

Docket Entry:

TO SET PRELIMINARY BAIL AT $25,000.00 (SECURED) AS TO LAWRENCE SKROBOT. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ALL REMAINING DEFENDANTS.

FILED

FEB 05 2008        FEB - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE                (ONLY IF FILED
OR MAGISTRATE JUDGE               UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#

UNITED STATES OF AMERICA )
)
v. )
)
LAWRENCE J. SKROBOT, )
JAMES ROBERT THOMAS, )
VARENA MCCLOUD, )
CHARLENE BATALLA, )
HATTIE BROOKS, )
DONALD THOMAS, )
JONATHON MARCHETTI, )
JOSEPH GREEN III, )
JOSEPH MILLER, )
ALFREDO HILADO, )
JOHNNY WHITE, )
DIANE ROBINSON, )
JOHN LEWIS, )
JAMES GREEN, )
CHRISTOPHER MARCHETTI, )
KARL ALLEN, )
ALONZO BRAZIEL and )
KEVIN EARL )
)